**FILED**

07/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0253

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 23-0253

JOSHUA T. PATTERSON a/k/a JOSH
PATTERSON, as an individual and d/b/a
PATTERSON ENTERPRISES, INC., also
d/b/a ROCKY MOUNTAIN EQUIPMENT,
INC., p/k/a ROCKY MOUNTAIN JCB,
INC., also d/b/a ROCKY MOUNTAIN
RENTAL SPECIALISTS, LLC, also d/b/a
ROCKY MOUNTAIN EQUIPMENT also
d/b/a ROCKY MOUNTAIN RENTAL, also
d/b/a ROCKY MOUNTAIN EQUIPMENT
OF MISSOULA MONTANA,

       Defendants/Appellants,

    vs.

ADAM PUMMILL, an individual, and
ADAM PUMMILL and KURTIS
ROBERTSON as a member of Black Gold
Enterprises, LLC, members of, and on
behalf of BLACK GOLD ENTERPRISES,
LLC,

       Plaintiffs/Appellees.

**ORDER GRANTING
APPELLANTS' MOTION FOR
EXTENSION OF TIME**

Upon consideration of Appellants' Motion for Extension of Time made pursuant to Mont. R. App. P. 26(1), and for good cause shown,

IT IS HEREBY ORDERED that Appellants are granted a 30-day extension of time up to and including Monday, August 21, 2023 within which to prepare, file and serve Appellants' opening brief.

ELECTRONICALLY SIGNED AND DATED BELOW.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 21 2023